IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL ALBERT LONEY | : | Case No. 1:24-cv-00411 |
| Plaintiff, | : | Judge Jeffrey P. Hopkins |
| vs. | : | Magistrate Stephanie K. Bowman |
| LARRY HOOK, ET AL., | : | <u>NOTICE OF SUBSTITUTION OF COUNSEL</u> |
| Defendants | : | |
| | : | |

Notice is hereby given that Assistant Prosecuting Attorney Jerome A. Kunkel (0039562) enters his withdrawal as co-counsel in this case on behalf of Hamilton County Sheriff's Office and Jeffrey Weber.  Assistant Prosecuting Attorney Pamela J. Sears (0012552) will be substituted for him.

    Respectfully submitted,

    MELISSA A. POWERS
    PROSECUTING ATTORNEY
    HAMILTON COUNTY, OHIO

    <u>/s/ *Pamela J. Sears*</u>
    Pamela J. Sears, 0012552
    Jerome A. Kunkel, 0039562
    Assistant Prosecuting Attorney
    Hamilton County, Ohio
    230 E. Ninth Street, Suite 4000
    Cincinnati, OH 45202
    DDN:  (513) 946-3103 (Kunkel)
            (513) 946-3082 (Sears)
    FAX:   (513) 946-3018
    Jerry.Kunkel@hcpros.org
    Pam.Sears@hcpros.org

    TRIAL ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, I filed a true and accurate copy of the foregoing with the CM/ECF system, which will serve all parties and counsel of record who have appeared and constitutes service by rule.

*/s/ Pamela J. Sears*
Pamela J. Sears (0012552)
Assistant Prosecuting Attorney