**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| DANIEL A. LONEY, | : | |
| *Plaintiff,* | : | Case No. 1:24-cv-411 |
| vs. | : | Judge Jeffery P. Hopkins |
| LARRY HOOK, *et al.,* | : | |
| *Defendant.* | : | |

---

## CONDITIONAL ORDER OF DISMISSAL

---

The Court has been advised by Magistrate Judge Stephanie K. Bowman that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **thirty (30) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: March 31, 2026

Hon. Jeffery P. Hopkins
United States District Judge